Patric A. Lester (SBN 220092)
PL@Lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone: (619) 665-3888
Fax: (314) 241-5777

ORIGINAL

Attorneys for Plaintiff Mr. Mario Hamwi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIO HAMWI,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL ACCEPTANCE CREDIT COMPANY L.P.<br><br>Defendant | Case No: EDCV12 0488 VAP (DTBx)<br><br>COMPLAINT<br><br>FOR VIOLATING<br>15 U.S.C. § 1692, *et seq.*<br>California Civil Code § 1788 *et seq.*<br><br>DEMAND FOR JURY TRIAL |

## JURISDICTION AND VENUE

1. This action arises out of Defendants' violations of the FDCPA, the Rosenthal Act. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Supplemental jurisdiction exists for the state law claim, pursuant to 28 U.S.C. § 1367 and rule 18(a) of the Federal Rules of Civil Procedure. Declaratory relief is available pursuant to 28 U.S.C. §§2201 and 2202. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and in the Southern Division as a Defendants transact business and a substantial part of the events giving rise to the claim occurred in Orange County, California which is in this judicial district and division.

## INTRODUCTION

2. This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer, Mario Hamwi (hereinafter Plaintiff) for Global Acceptance Credit Company L.P.'s hereinafter(hereinafter Global)

1
COMPLAINT

violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, *California Civil Code* § 1788 *et seq.* (hereinafter "the Rosenthal Act") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

## THE PARTIES

3. Plaintiffs make these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to plaintiffs' counsel, which Plaintiff alleges on personal knowledge.

4. While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

5. Plaintiff is a natural person residing in Rancho Cucamonga, California, and is a consumer within the meaning of *§ 1692a(3)* of the FDCPA in that he is a natural person purportedly obligated to pay a credit card debt, owed to Chase Bank USA, (hereinafter "Debt") and a "debtor" as that term is defined by *§ 1788.2(h)* of the Rosenthal Act.

6. At all times relevant herein, Defendant, Global was a company engaged, by use of the mails and/or telephone in the business of collecting debts, as defined by *§1692a(5)* of the FDCPA, and consumer debts as defined by *§ 1788.2(f)* of the Rosenthal Act. Global regularly attempts to collect debts as previously defined and alleged to be due another and is therefore a debt collector within the meaning of *§ 1692a(6)* of the FDCPA and *§1788.2(c)* of the Rosenthal Act. While Global is based in Texas it does business in the state of California, and committed the acts that form the basis for this suit in the state of California, and the Central District of California. This Court has personal jurisdiction over Global for purposes of this action.

## FACTUAL ALLEGATIONS

7. At all times herein, Global, was attempting to collect, from Plaintiff, a debt as defined by *§1692a (5)* of the FDCPA.

8. At all times herein, Global, was attempting to collect, from Plaintiff, a consumer debt as defined by § 1788.2(f) of the Rosenthal Act.

9.

10. On April 4, 2011, Global filed suit against Plaintiff in the Superior Court of California, Orange County in the cause captioned as Global Acceptance Credit Company L.P. v. Mario Hamwi; Case No.: 30-2011 00463265, (hereinafter "SCA") attached hereto, marked Exhibit "A" and incorporated by reference herein.

11. These were a communications within the meaning of §1692a(2) of the FDCPA.

12. Chase Manhattan Bank (USA), N.A., was at all relevant times, a national banking association with its principal offices located at: 200 White Clay Center Drive, Newark, Delaware 19711.

13. Plaintiff is informed and believes, and thereon alleges, that the Visa Credit Agreement between Plaintiff and Chase Manhattan Bank (USA), N.A., states in relevant part as follows:

> **Law That Applies. The laws of the United States of America and the State of Delaware apply to this Agreement and to your use of your Card, your Checks, and your Account.**

14. The Delaware statute of limitations for breach of a credit card agreement is three years. See, 10 Del. Code § 8106; *Resurgence Financial, LLC v. Chambers*, 173 Cal. App. 4th Supp. 1 (Cal. Super. Ct. 2009).

15. Defendants' claims against Plaintiff accrued more than three years prior to the filing Ex A. See, e.g., *McCollough v. Johnson, Rodenberg & Lauinger*, 610 F. Supp. 2d 1247 (D. Mont. 2009); *Freyermuth v. Credit Bureau Servs., Inc.*, 248 F.3d 767, 771 (8th Cir. 2001); *Beattie v. D.M Collections, Inc.*, 754 F. Supp. 383, 393 (D. Del. 1991); *Kimber v. Fed Fin. Corp.*, 668 F. Supp. 1480, 1489 (M.D. Ala. 1987)

16. Plaintiff is informed and believes, and thereon alleges, that Defendant

misrepresented the character, amount and legal status of the debt.

17. Plaintiff is informed and believes, and thereon alleges, that Defendants attempted to collect a debt that was barred by the applicable statute of limitations.

18. Presuming without conceding Defendant raises the bona fide error defense under §§ 1692k(c) of the FDCPA, it does not apply to incorrect legal interpretations. See, *Jerman v. Carlisle, Mcnellie, Rini, Kramer & Ulrich LPA*, 130 S. Ct. 1605, 1624 (2010).

19. Plaintiff was sued in Orange County, a judicial district different from where he lived (San Bernardino County) and where the contract was signed.

20. Plaintiff incurred legal fees, expenses, and costs, for having to hire counsel and to defend against Global's untimely collection lawsuit.

21. Plaintiff is informed and believes, and thereon alleges, that Defendants attempted to collect interest, fees or other charges from Plaintiff that were not expressly authorized by the agreement creating the debt or otherwise permitted by law.

## FIRST CLAIM FOR RELEIF
### (Violations of the FDCPA)

22. Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the preceding paragraphs.

23. Defendants violated the FDCPA. The violations include, but are not limited to, the following:

   (1) Using misrepresentions or means in connection with the collection a the debt, by means of the previously mentioned SCA, in violation of §§ 1692e, 1692e(2)(A), and 1692e(10) of the FDCPA;

   (2) attempting to collect an amount which was not expressly authorized by agreement or permitted by law, by means of the previously mentioned SCA, in violation of §§ 1692f(1) of the FDCPA

(3) suing Plaintiff in a district that he did not reside at the commencement of the SCA, in violation of § 1692i(a)(2)(B) of the FDCPA.

24. As a result of the Defendant's actions, Plaintiff is entitled to actual damages, statutory damages, attorney's fees and costs of this action.

## SECOND CLAIM FOR RELEIF
### (Claim for violations of the Rosenthal Act)

25. Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs preceding the First Claim for Relief.

26. Defendant's acts and omissions violated the Rosenthal Act including, but not limited to §1788.17. Defendant's violations of § 1788.17 of the Rosenthal Act ( which incorporates several of the provisions of the FDCPA) include, but are not limited to those enumerated in the above First Claim for Relief.

27. Defendant's acts and omissions violated § 1788.15(b) of the Rosenthal Act by suing Plaintiff in a district that he did not reside at the commencement of the action.

28. Defendant's violations of the Rosenthal Act were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to § 1788.30(b) of the Rosenthal Act.

29. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

30. As a proximate result of the violations of the Rosenthal Act committed by Defendant, Plaintiff is entitled to any actual damages, statutory damages, reasonable attorney's fees and costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant, and for Plaintiff, and pray for the following relief:

1. An award of actual damages pursuant to § 1692k(a)(1) of the

FDCPA and § 1788.30(a) of the Rosenthal Act;

2. An award of statutory damages of $1,000.00 pursuant to §1692k(a)(2)(A) of the FDCPA;

3. An award of statutory damages of $1,000.00 pursuant to §1788.30(b) of the Rosenthal Act for violation of § 1788.15(b) of the Rosenthal Act;

4. An award of statutory damages of $1,000.00 pursuant to §1788.30(b) of the Rosenthal Act for violation of § 1788.17 of the Rosenthal Act[1];

5. An award of costs of litigation and reasonable attorney's fees, pursuant to §1692k (a) (3) of the FDCPA and § 1788.30(c) of the Rosenthal Act;

6. Such other and further relief this court may deem just and proper.

Lester & Associates

April 2, 2012
Dated

/s/Patric A. Lester
PL@Lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone: (619) 665-3888
Fax: (314) 241-5777
Attorney for Plaintiff
MARIO HAMWI

**DEMAND FOR TRIAL BY JURY**

31. Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

Lester & Associates

April 2, 2012
Dated

/s/Patric A. Lester
By Patric A. Lester

---

[1] Violating §§ 1692e, 1692e(2)(A) and § 1692i(a)(2)(B) of the FDCPA;

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lance A. Brewer, Esq. 125759<br>Brewer & Brewer<br>4533 MacArthur Boulevard, Suite 707<br>Newport Beach, CA 92660<br>TELEPHONE NO: (714) 424-6300 FAX NO. (Optional): (714) 424-6313<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive
MAILING ADDRESS: P.O. Box 1138
CITY AND ZIP CODE: Santa Ana, Ca 92701-
BRANCH NAME: Central Division

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 04 2011

ALAN CARLSON, Clerk of the Court

BY M PORTER

PLAINTIFF: GLOBAL ACCEPTANCE CREDIT COMPANY L.P.

DEFENDANT: MARIO HAMWI, INDIVIDUALLY and

[X] DOES 1 TO 20

**CONTRACT**
[XX] COMPLAINT  [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000 but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:
30-2011
00463265

1. Plaintiff (name or names): GLOBAL ACCEPTANCE CREDIT COMPANY L.P. **JUDGE ROBERT J. MOSS**
   alleges causes of action against defendant* (name or names): MARIO HAMWI, INDIVIDUALLY **DEPT. C23**

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff (name): GLOBAL ACCEPTANCE CREDIT COMPANY L.P.
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [ ] except defendant (name): [ ] except defendant (name):
      (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation                               (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):        (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):                 (4) [ ] a public entity (describe):
      (5) [ ] other (specify):                            (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

**EXHIBIT A**
**1 of 4**

PLD-C-001

| SHORT TITLE: GACC vs. Hamwi | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☒ This action is subject to ☒ Civil Code section 1812.10 ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☒ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☒ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for**
    a. ☒ damages of: $ 31,707.59
    b. ☒ interest on the damages
       (1) ☒ according to proof
       (2) ☐ at the rate of *(specify):* ____ percent per year from *(date):*
    c. ☒ attorney's fees
       (1) ☐ of: $
       (2) ☒ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 30, 2011

Lance A. Brewer, Esq.
(TYPE OR PRINT NAME)

▶ */s/ [signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]   **COMPLAINT—Contract**   Page 2 of 2

EXHIBIT A
2 of 4

| SHORT TITLE: GACC vs. Hamwi | CASE NUMBER: | PLD-C-001(1) |
|---|---|---|

__1__ **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Global Acceptance Credit Company L.P.

alleges that on or about *(date):* 09/06/01
a [X] written  [ ] oral  [ ] other *(specify):*
agreement was made between *(name parties to agreement):* Mario Hamwi, individually
Chase Bank USA

[ ] A copy of the agreement is attached as Exhibit A, or
[X] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [ ] are as follows *(specify):*

On or about 09/06/01, Defendant(s) entered into an agreement with Plaintiff's Assignor, Chase Bank USA
Defendant breached said agreement by failing to make payments under the agreement.

BC-2. On or about *(dates):* 07/31/08
defendant breached the agreement by [ ] the acts specified in Attachment BC-2  [X] the following acts
*(specify):*

By failing to pay the amounts then due.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [X] as follows *(specify):*

31,707.59   For interest thereon at the contract rate as specified until entry of judgment.

BC-5. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[X] according to proof.

BC-6. [X] Other:

For such other and further relief as this Court deems just and proper.

Page __3__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT A
3 of 4

PLD-C-001(2)

| SHORT TITLE: GACC vs. Hamwi | CASE NUMBER: |
|---|---|

__2__ CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* GLOBAL ACCEPTANCE CREDIT COMPANY L.P.

alleges that defendant *(name):* Mario Hamwi, individually

became indebted to  [ ] plaintiff  [X] other *(name):* Chase Bank USA

a. [ ] within the last four years
  (1) [ ] on an open book account for money due.
  (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last  [ ] two years  [X] four years
  (1) [X] for money had and received by defendant for the use and benefit of plaintiff.
  (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
    [ ] the sum of $
    [ ] the reasonable value.
  (3) [X] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
    [X] the sum of $ 31,707.59
    [ ] the reasonable value.
  (4) [ ] for money lent by plaintiff to defendant at defendant's request.
  (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
  (6) [X] other *(specify):*

  For money lent by Plaintiff's Assignor to defendant at defendant's request.

CC-2. $ 31,707.59 , which is the reasonable value, is due and unpaid despite plaintiff's demand,
plus prejudgment interest  [X] according to proof  [ ] at the rate of _____ percent per year
from *(date):*

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
  [ ] of $
  [X] according to proof.

CC-4. [X] Other:

  For such other and further relief as this Court deems just and proper.

Page __4__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT A
4 of 4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

**EDCV12- 488 VAP (DTBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Mario Hamwi

**DEFENDANTS**

Global Acceptance Credit Company, L.P.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Patric A. Lester, Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108    (619) 665-3888

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1692, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

EDCV 0488 VAP (DTBx)

**FOR OFFICE USE ONLY:**    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernadino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernadino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  April 2, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |